UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

WALTER HARRIS,

                            Plaintiff,

                                                          ORDER
             v.                                            04-CV-911A

BRION D. TRAVIS, et al.,

                            Defendants.

             The above-referenced case was referred to Magistrate Judge  Leslie G.

Foschio, pursuant to 28 U.S.C. § 636(b)(1)(B).  On May 7, 2007, Magistrate Judge

Foschio filed a Report and Recommendation, recommending that defendant's motion to

dismiss be granted and plaintiff's motion to supplement be denied.

             The Court has carefully reviewed the Report and Recommendation, the

record in this case, and the pleadings and materials submitted by the parties, and no

objections having been timely filed, it is hereby

             ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons

set forth in Magistrate Judge Foschio's Report and Recommendation, defendant's

motion to dismiss is granted and plaintiff's motion to supplement is denied.  The Clerk

of Court shall take all steps necessary to close the case.

             SO ORDERED.

                                             s/ *Richard J. Arcara*
                                             HONORABLE RICHARD J. ARCARA
                                             CHIEF JUDGE
                                             UNITED STATES DISTRICT COURT

DATED:  May 30 , 2007